IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | | |
|---|---|---|
| ERICK J. STOWERS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| Vs. | * | NO: 04-2272M-V |
| | * | |
| JIMMY D. GUINN and ADMIRAL | * | |
| MERCHANT MOTOR FREIGHT, INC., | * | |
| | * | |
| Defendants. | * | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by and through their attorneys of record, and announce to the Court that the matters and things heretofore in controversy between them have been settled and that this cause should therefore be dismissed, with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, the Defendant to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff).

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the Plaintiff's case be, and the same is hereby dismissed with prejudice, at the cost of the Defendants, (costs assessed shall not include any discretionary costs, the Defendant to pay only the costs of the Clerk with any other costs to be borne by the Plaintiff) for which let execution issue, if needed.

Diane K. Vescovo
JUDGE -U.S. Magistrate Judge
DATE: August 24, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 8-29-05

_____
DANESE K. BANKS (D# 17705)
The Cochran Firm
One Commerce Square, 26th Floor
Memphis, Tennessee 38103
(Phone: 901-523-1222)
(Fax: 901-523-1999)

_____
CARL WYATT, D#12304
Glassman, Edwards, Wade & Wyatt, P.C.
26 North Second Street
Memphis, Tennessee 38103
(Phone: 901-527-4673)
(Fax: 901-521-0940)
(OUR FILE: #04-282Z)

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 15 in case 2:04-CV-02272 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Danese K. Banks
COCHRAN CHERRY GIVENS SMITH & BOLTON
One Commerce Square
Ste. 2600
Memphis, TN 38103

Carl Wyatt
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT